IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2025 OCT 21 PM 2:52
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANANIA RUBA, and<br>ADONIS JONES,<br><br>Defendants. | 4:25CR3090<br><br>INDICTMENT<br>18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br>21 U.S.C. §§ 841(a)(1) and (b)(1)<br>18 U.S.C. § 924(c) |

The Grand Jury charges that

## COUNT I

On or about June 22, 2025, in the District of Nebraska, ADONIS JONES, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Attempt of a Class 2A Felony on April 21, 2025 in Lancaster County District Court at case number CR24-1494, knowingly possessed a Sig Sauer P320, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT II

On or about July 2, 2025, in the District of Nebraska, defendant ANANIA RUBA did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance and a detectable amount of psilocybin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

## COUNT III

On or about July 2, 2025, in the District of Nebraska, defendant ANANIA RUBA did knowingly possess a firearm, during and in relation to a drug trafficking crime for which they

may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute as Charged in Count II, to wit: a Glock 30 .45 caliber handgun and a Taurus G2C 9mm handgun.

In violation of Title 18, United States Code, Section 924(c).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts I-III are hereby realleged and incorporated by reference for the purpose of alleging the forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offenses in violation of Title 18 United States Code, Section 922(g), Title 21 United States Code, Sections 841(a)(1) and 841 (b)(1), and Title 18, United States Code, Section 924(c), and in Counts I-III of this Indictment, defendants ANANIA RUBA and ADONIS JONES shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses. Such property includes but is not limited to, the property described below:

    a. The following firearms, attachments, accessories and ammunition seized on or about July 2, 2025, at 1964 SW 27th Street, Apt. #264 in Lincoln, Nebraska, specifically:

        i. Glock 30 .45 caliber

        ii. Taurus G2C 9mm handgun

        iii. 933 AR Pistol with no markings

        iv. 1 tan Glock magazine

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been placed beyond the jurisdiction of the court;

    d. Has substantially diminished in value; or

    e. Has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. §924(d) and 28 U.S.C. §2461(c).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

Julie Ann M. Mruz
Assistant United States Attorney