IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiffs,                                          **4:25CR3090**

          vs.

ANANIA RUBA,                                                            **ORDER**

                    Defendant.

          Defendant has moved to cancel the change of plea hearing (Filing No. 84), because defendant wants to set this case for trial. There is a pending co-defendant in this case, so this case is not ready to set for trial. Defendant requests the change of plea hearing be taken off the calendar at this time for the reasons set forth in the motion and a status conference be set to coincide with the co-defendant. Based on the showing set forth in the motion, the court finds good cause to grant Defendant's motion to cancel the plea hearing and set a status conference. Accordingly,

          IT IS ORDERED:

          1)    Defendant's motion to cancel the plea hearing, (Filing No. 84), is granted.

          2)    A telephonic conference with counsel will be held before the undersigned magistrate judge at 9:15 a.m. on August 3, 2026 to discuss setting any change of plea hearing or the date of the jury trial. Counsel for all parties shall use the conferencing instructions provided by the court to participate in the call.

          3)    In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and giving Defendant additional time to determine how he would like to proceed and, further, outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, this is, the time between today's date and August 3, 2026 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act. Failure to grant this motion and provide Defendant with the requested time would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

          Dated this 13th day of July, 2026.

                                                            BY THE COURT:

                                                            s/Jacqueline M. DeLuca
                                                            United States Magistrate Judge